Case 1:19-cv-11182-VEC   Document 26   Filed 03/04/22   Page 1 of 1



**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2022

**ArentFox Schiff LLP**

555 West Fifth Street
48th Floor
Los Angeles, CA  90013

213.629.7400  MAIN
213.629.7401  FAX

afslaw.com

**Sara T. Schneider**
Partner
415.757.5911 DIRECT
415.757.5501 FAX
sara.schneider@arentfox.com
032914.00000

March 4, 2022

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
USDC for the Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007

Re:   Dominguez v. Lacoste USA, Inc.
       U.S. District Court, Southern District of New York
       (Foley Square) <u>Civil Action No.: 1:19-cv-11182-VEC</u>

Dear Judge Caproni:

    We represent Defendant Lacoste USA, Inc. ("Defendant" or "Lacoste") in the above-captioned matter.  Pursuant to your Order dated December 4, 2021, we are filing this update on behalf of both parties regarding the status of the combined appeals in substantially identical cases that are currently pending before the U.S. Court of Appeals for the Second Circuit.  On January 13, 2021, the Second Circuit heard oral argument in Case Number 20-1552, *Calcano v. Swarovski North America Limited*.  Accordingly, the parties respectfully request that this matter continue stayed until there is a decision in the combined appeal.

    We thank the Court for its time and attention to this matter, and for its consideration of this application.

Respectfully submitted,

*Sara Taylor Schneider*

Sara T. Schneider

---

Application GRANTED.  The stay in this case shall continue until the resolution of the appeals by the Second Circuit. The parties must file a status report on or before **Friday, July 8, 2022**, explaining whether the stay should continue.  In addition, no later than five days after the issuance of an opinion by the Second Circuit relevant to the claims asserted in this case, the parties are directed to submit a joint letter addressing the impact of the decision on this case and the continued need for a stay.

SO ORDERED.

*Valerie Caproni*    Date: March 4, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**Smart In
Your World®**